UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose Zafra

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( ) ( )

21 mag 230

Defendant __Jose Zafra_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(Mr. Zafra authorized Benjamin Gold to electronically sign this form during a phone call on January 11, 2021)

__*Jose Zafra*_____          __*Ben G*_____
Defendant's Signature                                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Jose Zafra                                                           Benjamin Gold
_____                      _____
Print Defendant's Name                                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 1/11/2021                                                           __*Judith C. McCarthy*_____
_____                                      _____
Date                                                                      U.S. District Judge/U.S. Magistrate Judge