# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: September 14, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

        Plaintiff

    -against-

Jose Zafra

        Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:21-mj-00230

TO ALL PARTIES:

The Court has scheduled an arraignment on an information for 9/15/2022 at 12:30 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Please refer to the Court's website for the latest COVID protocols.

As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19, which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea, vomiting, congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of taste or smell, and diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those of a mild common cold or allergies. Please err on the side of caution; stay home, and test if you have ANY symptoms.

Dated:  9/14/2022
       White Plains, New York

                                SO ORDERED:

                                s/     PED
                                _____

                                PAUL E. DAVISON
                                United States Magistrate Judge